UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK CAPOBIANCO

    Plaintiff,

v.                                       CASE NO.:   8:20-cv-01218-JSM-AEP

MONTEREY FINANCIAL SERVICES, LLC.

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** FRANK CAPOBIANCO, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, FRANK CAPOBIANCO, and Defendant, MONTEREY FINANCIAL SERVICES, LLC have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 21st day of September, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                                             Respectfully submitted,

                                                              */s/ Heather H. Jones*
                                                              Heather H. Jones, Esq.
                                                             Florida Bar No. 0118974
                                                             William "Billy" Peerce Howard, Esq.
                                                             Florida Bar No. 0103330
                                                            THE CONSUMER PROTECTION FIRM, PLLC
                                                            401 East Jackson Street, Suite 2340
                                                            SunTrust Financial Center
                                                            Tampa, FL   33602
                                                            Telephone: (813) 500-1500
                                                            Facsimile: (813) 435-2369
                                                            Heather@TheConsumerProtectionFirm.com
                                                            Billy@TheConsumerProtectionFirm.com
                                                            *Attorney for Plaintiff*